United States District Court
Northern District of New York

(2nd Attached Complaint incident)

Jessie C. Engles
    Plaintiff(s)

vs.

C.O. Ryan Rugari, ~~D.~~ etal
    Defendant(s)

9:12-CV-1001
Inmate Civil Rights Complaint Pursuant to 42 U.S.C. § 1983

Case #

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 20 2012
AT____O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Plaintiff demand a trial by jury

Plaintiff(s), in the above-captioned, allege as follows:

## Jurisdiction

(1) This is a civil action seeking relief &/or damages to defend and protect the rights which are guaranteed by the constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343 (3) and (4) and 2201.

## Parties

2. Plaintiff: Jessie Christopher Engles
Address: Marcy Correctional facility (RMHU)
P.O. Box #3600 9000 Old River Road.
Marcy, N.Y. 13403

3. Defendants: Ryan Rugari
Official Position: Correction Officer
Address: Marcy Correctional facility
(P.O. Box #3000) 9000 Old River Road.
Marcy, N.Y. 13403

— continue on the next page —
(page 1 of 12)

Defendant: Ms. Teri Thomaskozak
official position: Inmate Grievance Program Supervisor
Address: Marcy Correction Facility (RMHU)
(P.O. Box #5000) 9000 Old River Road - Marcy, N.Y. 13403

Defendant(s): Brian H. Dougherty
official position: Register nurse
Address: Marcy Corrections facility (RMHU)
(P.O. Box 3600)
Marcy, N.Y. 13403

Defendants: Theather L. Seypolt
official position: R.N.
Address: Marcy Corr. facility P.O. Box #3600
Marcy, N.Y. 13403

Defendant: David M. Murphy
official position: Corr. officer
Address: Marcy Corr. Fac.
(P.O. Box #3600) (RMHU)
Marcy, N.Y. 13403

Defendant: Dr. Jaraga, I
Official position: Dr. for OMH Psychiatrist for Marcy Corr. Facility (RMHU) and C.N.Y.P.C.
Address: Marcy Correctional facility
(P.O. Box #3600) (RMHU)
Marcy, N.Y. 13403

Defendant: Ms. Luaren McMahon
official position: Psychologist for OMH
Address: Marcy Corr. Fac. (RMHU)
(P.O. Box #3600)
Marcy, N.Y. 13403

— Continue on the next page — (2 of 12)

Defendants: Lawrance M. Tamburrino
Official position: Correction Officeal
Address: Marcy Correctional facility
(P.O. Box #5000) 9000 Old River Road
Marcy, N.Y. 13403

Defendant: Brian J. Loomis
Official Position: Correction Officer
Address: Marcy Corr. facility,
P.O. Box 3600, 9000 Old River Road
Marcy, N.Y. 13403

Defendants: James C. Hoffman
Official position: Correction Officer
Address: Marcy Corr. facility,
P.O. Box #5000 9000 Old River Road.
Marcy, N.Y. 13403

Defendant: Michael E. Barneknow
Official Position: Correction Officer
Address: Marcy Corr. facility.
P.O. Box #5000 (9000 Old River Road
Marcy, N.Y. 13403

Defendant: Theather L. Sypolt
Official Position: Nurse
Address: Marcy Corr. fac.
(P.O. Box #5000) 9000 Old River Road
Marcy, N.Y. 13403

Defendant: Bryan Hilton
Official Position: Deputy Supt. of Mental Health
Address: Marcy Corr. fac.
(P.O. Box #5000) 9000 Old River Road
Marcy, N.Y. 13403.

— Continue on the next page —
(page - 2 of 12)

Defendant: Joseph Bellnier
Official Current Position: Deputy Commissioner of Correctional facilities for DOCCS, but at the time of this incident, he was the Superintendent of Marcy Corr. fac. (RMHU)
Address: New York State Department of Correctional & Community Supervision. The Harriman State Campus - Building #2
1220 Washington Ave.
Albany, N.Y. 12226

Defendant: Maureen E. Boll
Official Position: Deputy Commissioner & Counsel for D.O.C.C.S.
Address: 1220 Washington Ave.
Albany, N.Y. 12226

Defendant: Lisa Kalies
Official position: Chief unit forensic of Office of Mental Health
Address: Marcy Correctional facility (P.O. Box #5000) 9000 Old River Road

Defendant: Angela R. Deforrest
Official Position: Correction officer clerk.
Address: Marcy Correctional facility (P.O. Box #3600)
Marcy, N.Y. 13403

And I preserved the right to include other John Doe or Jane Doe defendants, presently unknown at this time.

Defendant: Sean Wiggins
Official Position: Correction officer
Marcy Corr. faci. (P.O. Box 5000)
Marcy, N.Y. 13403

— continue on the next page - 3 of 12

(4) Place of Present Confinement

a. Is there a prisoners grievance procedures at this facility? (Yes)

b. If your answer to 4a is yes, did you present the facts relating to your complaint in this grievance program? (Yes)

(I) What steps did you take? I exhausted all my administrative remedies regarding all issues stated in this 1983 claim, which I filed numerous of grievances complaints to I.G.R.C. office, & Appealing them all the way to C.O.R.C. office.

(?) (II) What was the final result of your grievance? Most was wrongfully denied, and other was granted in part, yet no affirmative actions was taken to address, or prevent these incidents from taking place again.

4.(C)(I) I also wrote to I.G. office, Prisoners rights projects, Disability advocate inc., Prisoners legal services, O.M.H., C.N.Y.P.C. etc.

(II) What was the final results regarding such complaint, none took any affirmative actions to address this issues from happening thus I was wrongfully denied.

5. Previous Lawsuits

a. Have you ever filed any other lawsuit in any other state & federal courts relating to your imprisonment? (Yes)

— Continue on the next page —
page 4 of 12

## Statement of fact

The Post office address of claimant here in is Marcy Correctional facility (RMHU), P.O. Box 3600, Marcy, N.Y. 13403.

This place where, time, when & nature of the claim is as followed: From, oct. 10, 2011 through present, upon information and belief C.O. Ryan Rugari & C.O. Sean Wiggins, along with other unknown correction officers, tampered with my mail with the knowledge of Supts. of OMH Hilton, & ISP Supervisor, etc, whom failed to correct this unlawful practises of his sub- ordinates in a timely fashion.

(2) The mail alleged in ¶ 1 to have been tampered with which includes mail to: the Commissioner of the Dept. of Cor. & Community Supervision.; Superentendent Past & current of Marcy Correctional facility (RMHU), Teri Thomas Kozak, Marcy Cor. fac. of Inmate Grievance Program Supervisor, Maureen E. Boll (Deputy Commissioner & Counsel of DOCCS) Lisa Kalies, cheif unit forensic of OMH for Marcy Cor. fac., to the Attorney General of the state of new york. The Court of Claims of the state of new york, various attorney & Counselors at Law, various business and vendors as well as my sisters & Brother etc, etc.

(3) The incident describe in ¶¶ 1 & 2 deprive me of my state & federal constitutional rights & state created liberty interest of access to the courts, which Petitioning the Government for redress of grievances, freedom of ~~association~~ association/expression & speech & have lead to interruption with family contact leading to emotional trauma & inability to file complaint & answers with the courts in a timely manner.

— Continue on the next page — (5 of 12)

4). On October 7, 2011, I was denied lunch by correction officials, with the knowledge of the correction officials, with the knowledge of the correction officials, with the knowledge of the correction sergeant whom failed to correct the unlawful practice of his subordinates, C.O. Mable Temple denied me my hour of outdoor recreation & either C.O. Ryan Rugari, or C.O. Sean Wiggins, closed my cell shield without due cause & both C.O. Rugari & C.O. Wiggins, harrased me by threatening to kill me and falsify criminal charges against me & to instigate inmate Stephen Fox Din #06A0135 to assault & battery me & whose cell they opened with mine, with neither of us in restraints or under escort or close supervision.

(5) On October 13, 2011, C.O. Rugari, harrased me, during & prior my cardiac medical — emergency & excercised undue influence on staff of the office of Mental Health and medical staff/nursing personel of DOCCS. & furthermore, upon information & belief C.O. Rugari, conducted an unauthorized cell frisk & stole & destroyed my magazines & cosmetics & smoked at least one cigarette in my cell (leaving ashes) although I am asthamatic.

(6) On November 7, 2011 & December 2, 2011, I was set up with false/fabricated negative informational reports, by unknown prison officals

(7) Although the dates & incident mentions in ¶¶ 4 to 6 are the most substantial there was countless other occurances of on & off harrasment from approximately August, 2011 -to- the present & even prior to those dates listed herein. Which regards other incidence filed in other notice of intentions with the Attorney General officers.

— continue on the next page — (6 of 12)

(8) upon information & belief, the actions, described in ¶¶ 4-to-7 are a pattern of retaliation against me for administrative action taken by me as a result of prior assault where I was pressed by staff not to pursue court actions & litigation.

(9) As a result of the mis-conduct listed in ¶¶ 4-to-5 I was subjected to illegal continue of S.H.U. confinement (as a result of fasified misbehavior reports, or the denial of procedural due process rights at Disciplinary hearing which was trigger by DOCCS & OMH staff misconduct & Harassment, deprived of disciplinary time cuts, based on false informational and reports,) loss/theft of personal property, books, magazines & cosmetics etc, as well as my mental determination, stressed domestic relation and delayed advancement or inability to advance in programs.

Count III Inadequate medical and mental Health Treatment care.

(10) Commencing September 18, 2011, through presently, while at Sullivan Corr. Fac (RCTP) and continue at Marcy Corrections Facility (Residential mental Health unit) I was deprieve of all medications prescribed by mental Health psychiatrist as well as Dr. farago, leading to the mental deteriozation, paranoia, suicidal ideation, episodes of angers, depression & increased impulsiness which resulted in additional misbehavior.

(11) Prior to & since Sept. 20, 2011 I was deprieve of private interviews with my primary Therapist & psychiatrist as well as attendence at OMH programs/ where as same interfered with my right to receive adequate mental Health treatment providers as a result of my belief that I am being taken advantage of
- continue on the next page — (7 of 12)

as a mental Health patient.

(12) On October 13, 2011, Brian Doherty, RN after being instigated & influence by correctional officers verbally abused me, denied me medical examination, use of force pictures & treatment for injuries following a use of force incident, which interfered with my right to receive care & treatment (from members of my treatment team) in full respect to my dignity & personal integrity, pursuant to the Article 33 of the N.Y.S. mental Hygiene Law, deprived me of my rights to receive adequate medical care & treatment & led to pain & mental anguish.

(13) On October "13", "18", & "20" & "30" of 2011 as well as November "8" & "13" of 2011 various unknown employees of the Dept. of Corr. & Community Supervision (DOCCS) As well as nurse Sypolt RN denied me access to those sick call slips, which was seeking X-rays for a serious medical condition substained from an assault & battery inflicted upon me by C.O. Rugari, on Oct. 13. 2011 & whereas this conduct led to unnecessary pain & physical suffering & deprived me of adequate medical care.

(14) Based on information & belief the action described in ¶¶ 13, occured to cover up an assault & battery upon my person.

(15) On & off since the month of November, Doherty RN & Sypolt RN & others unknown nurses have been passing my cell refusing me, my pain medication by not offering it to me, during their meds rounds on the 7-3 shift & the 3-11 shift. which led to pain & inadequate treatment

Count IV Excessive force

(16) On October, 13, 2011 Correction officer Rugari & C.O. Murphy utilized excessive force during a use of force incident by assaulting
— continue on the next page — (8 of 12)

and battering me, leading to a possible fracture finger, numerous lacerations & contusions which where not treated as mentioned elsewhere in this document.

17). On October 6, 2011, Correction Officer Siriano & Barber, utitized excessive force while trying to regain there hand cuffs leading to causing swelling.

I declare under penalty of perjury that the foregoing is true & correct, & that I place this notice of intention in the mailbox to be mail by certify mail to the Attorney General Office on Dec. 27, 2011 and I've submitted this herein 42 U.S.C. 1983 motion notarized as stated below. dated: June 8th, 2012  Jessie Engle

Sworn to before me this
8th day of June 2012

Brent L. Rogers
Notary Public

BRENT L. ROGERS
Notary Public in the State of New York
Qualified in Madison County 01RO6202020
My Commission Expires March 9, 20 13

cc: filed/ J.E.

Sincerely,
Jessie C. Engle
Plaintiff/Pro-Se.

Marcy Correction facil,
P.O. Box #3600
Marcy, N.Y. 13403

— Continue on the next page —
9 of 12

## Causes of Action

Note: you must clearly state each cause of action you assert in this lawsuit.

### First Cause of action

1) Defendants violated Plaintiff his 2 Amendment rights to freedom of speech & the right to petition the Government for a redress of grievances as set forth in the Statements of facts, and for retaliation by both DOCCS & OMH staff, which amount to Harassment and misconduct of Plaintiff state and federal constitutional rights

### Second cause of action

2) Defendants violated Plaintiff 8th amendment rights of cruel & unusual punishment, by the use of excessive force & denial of Plaintiff fundamental constitutional right protected by federal law & state laws, as set forth in the statement of facts.

### Third cause of action

3) Defendants violated Plaintiff 14 amendment rights of the Due Process clause, as stated in the statement of facts clause, as stated in the statement of facts, as well as Plaintiff rights under the American Disability Act.

### Forth Cause of Action

4) Plaintiff request that his Declaration in support of plaintiff motion for a temporary Restraing order and Preleminary Injunction be granted & a hearing be set as soon as practiable in accordence to pre-establish court & State & federal Rules & Laws of the U.S.

— Continue on the next page —
(10 of 12)

8). Prayer for relief

(5) Wherefore, Plaintiff(s) request this Court grant the following relief:

Plaintiff request an order declaring that the defendants have acted in violation of the United States constitution, and Plaintiff request that, his Declaration in support of The T.R.O. & Preliminary Injunction be granted & Plaintiff request 5. million Dollars as Punitive & or Compensatory Damages caused by Defendants actions within this here complaint, and any other actions the courts deem just & proper.

I declare under penalty of perjury that the foregoing is true & correct.

Dated: June 7, 2012

Sincerely,
Jessie E. Engle
Plaintiff / Pro-Se.

cc: filed / J.E. / Attorney

(Page 11 of 12)

Sworn to before me this 8th day of June 2012

Brent L. Rogers
Notary Public

**BRENT L. ROGERS**
Notary Public in the State of New York
Qualified in Madison County 01RO6202020
My Commission Expires March 9, 20 13